WROBLINSKI v. HOLBROOK CABOT & ROLLINS CORPORATION.

(Supreme Court, Appellate Term, First Department.    June 18, 1914.)

MASTER AND SERVANT (§ 252*)—ACTION—CONDITION PRECEDENT—NOTICE.

An action under the Employers' Liability Act (Labor Law [Consol. Laws, c. 31], § 200 et seq.) cannot be maintained unless notice to the employer of the time, place, and cause of the injury given within 120 days thereof, as required by section 201, is given before the beginning of the suit.

[Ed. Note.—For other cases, see Master and Servant, Cent. Dig. § 806; Dec. Dig. § 252.*]

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by Alexander Wroblinski against the Holbrook Cabot & Rollins Corporation.    Judgment for plaintiff, after a trial by judge and jury, and defendant appeals.    Reversed and new trial granted.

Argued June term, 1914, before SEABURY, BIJUR, and PAGE, JJ.

Benjamin Patterson, of New York City, for appellant.
Otto H. Droege, of New York City, for respondent.

BIJUR, J.    This action was tried as one under the Employers' Liability Act (Labor Law [Consol. Laws, c. 31] § 200 et seq.).    There was no proof that the notice required by section 201 was served before the commencement of the action, and objection to the admission of the notice on that ground was specifically made.    Unless the notice is served before the beginning of the suit it is of no avail.    Warrine v. Eagle Wagon Works, 131 App. Div. 924, 115 N. Y. Supp. 1148; Hope v. Scranton Coal Co., 120 App. Div. 595–597, 105 N. Y. Supp. 372; Grasso v. Holbrook, 102 App. Div. 49, 92 N. Y. Supp. 101; Finnigan v. N. Y. Contracting Co., 194 N. Y. 244, 247, 87 N. E. 424, 21 L. R. A. (N. S.) 233.

Judgment reversed, and a new trial granted, with costs to appellant to abide the event.    All concur.